JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     **Category No.** III     **Investigating Agency** FBI

**City** Bedford     **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____ Case No. 18cr10445
Same Defendant _____ New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number    See add'l information
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Matthew Ledvina    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Zurich, Switzerland

Birth date (Yr only): 1972   SSN (last4#): N/A   Sex: M   Race: White   Nationality: Swiss

Defense Counsel if known: Thomas Zehnle    Address: Law Office of Thomas Zehnle

Bar Number: _____    601 New Jersey Ave, NW Ste. 620
Washington, DC 20001

**U.S. Attorney Information:**

AUSA: Eric S. Rosen    Bar Number if applicable: NY4412326

Interpreter: ☐ Yes ☑ No    List language and/or dialect: _____

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

Charging Document: ☐ Complaint   ☑ Information   ☐ Indictment

Total # of Counts: ☐ Petty   ☐ Misdemeanor   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/27/2018    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   MATTHEW LEDVINA

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   17-6344-MPK, 17-6345-MPK, 18-6009-MPK, 18-7228-JCB, 18-7229-JCB