UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 18-10445-WGY |
| MATTHEW LEDVINA, Defendant. | ) ) ) ) | |

## MOTION FOR ORDER OF RESTITUTION AND ENTRY OF AMENDED JUDGMENT
(Assented-to)

The United States of America, by its attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, with the assent of the defendant Matthew Ledvina (the "Defendant"), respectfully requests that the Court enter an order directing $1,908,583.26 in restitution be paid by the Defendant, jointly and severally, with Morrie Tobin and Milan Patel, defendants in case number 18-10444-NMG, to the victims identified by the United States in Exhibit 1, attached hereto.  The government further requests that the Court enter an amended judgment incorporating $1,908,583.26 in restitution to be paid by the Defendant, jointly and severally, with Morrie Tobin and Milan Patel, defendants in case number 18-10444-NMG.

In support thereof, the United States relies on the Order of the Court on December 10, 2020, issued after a status conference, *see* Docket No. 64; the United States' Status Report on Restitution filed on December 4, 2020, *see* Docket No. 62; and docket entry number 132 in 18-10444-NMG, reflecting a status conference on restitution in that case was held on December 8, 2020 and that restitution shall be joint and several.[1]  The government requests that the attached

---

[1] As noted in prior filings, in *United States v. Tobin*, the court ordered a forfeiture money judgment in the amount of $4 million, which has been paid.  *See* 18-cr-10444-NMG (Docket Nos. 43, 90).  The U.S. Attorney's Office intends to recommend to the Department of Justice's Money Laundering and Asset Recovery Section that the money paid towards forfeiture be applied, in whole or in part, towards any restitution ordered in the this matter and 18-cr-10444.

victim list, which lists the victims by a victim identification number, be incorporated with the amended judgment. The government will provide the Clerk of Court with a list with victim names, addresses, and loss amounts.

WHEREFORE, the United States, with the assent of the Defendant, respectfully requests that the Court order the Defendant to pay $1,908,583.26 in restitution, jointly and severally, with Morrie Tobin and Milan Patel, defendants in case number 18-10444-NMG, to the victims identified on Exhibit 1, and enter an amended judgment incorporating said restitution and the attached victim list.

                                              Respectfully submitted,

                                              ANDREW E. LELLING
                                              United States Attorney

By:    */s/Carol E. Head*
        CAROL E. HEAD
        JAMES R. DRABICK
        Assistant United States Attorneys
        U.S. Attorney's Office
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100

Dated: December 11, 2020        carol.head@usdoj.gov